**Order entered June 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00802-CV

**HOSSEIN S. NAMDARKHAN AND BARDIA NAMDARKHAN, Appellants**

**V.**

**GLAST, PHILLIPS & MURRAY, P.C., MARK C. ENOCH, MARK C. ENOCH, PC, AND MATTHEW ENOCH, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00853**

## ORDER

Before the Court is Hossein S. Namdarkhan's June 19, 2019 unopposed second motion to extend time to file combined reply brief/brief of cross-appellee. We **GRANT** the motion and extend the time to **July 20, 2019**.

/s/     KEN MOLBERG
           JUSTICE